# EXHIBITS: A2

# (ASSESSMENTS OF PLAINTIFF'S PROPERTY)

## Land Use Code (LUC):

This code is used to identify the use of a property. Some properties will have multiple uses such as a store (1100) and a single family (0100) on the same property. The code for this type of property would be (1200) mixed use. Another example would be an agricultural property (6000) with a section of land set aside for single-family use. This can be classified as the minority land use (0100) as an alternate LUC. Below is a list of LUC codes.

| Land Use Code | Property Type |
|---|---|
| **Residential:** | |
| 0000 | Vacant Residential |
| 0100 | Single Family |
| 0200 | Mobile Homes |
| 0300 | Multi-family – 10 units or more |
| 0400 | Condominium – Residential |
| 0500 | Cooperatives |
| 0600 | Retirement Homes (not eligible for exemption under 196.192, F.S. Others shall be given an Institutional classification) |
| 0700 | Miscellaneous Residential (migrant camps, boarding homes, etc.) |
| 0800 | Multi-family – less than 10 units |
| 0900 | Undefined – Reserved for use by Department of Revenue only |
| **Commercial:** | |
| 1000 | Vacant Commercial |
| 1100 | Stores – one story |
| 1200 | Mixed Use – store and office or store and residential or residential combination |
| 1300 | Department Stores |

# 2020 OKEECHOBEE COUNTY PROPERTY

**Parcel:** 1-35-37-35-0020-00000-1360
**Page 1 of 1**

**STEEN DAVID A**
4439 SEEAIRE ST
RAPID CITY, SD 57702-1972

**TAYLOR CREEK ISLES SECTION ONE**
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

## VALUATION SUMMARY

| ELEMENT | VALUE |
|---|---|
| STANDARD | 30 |
| BUILDING MARKET VALUE | 12,356 |
| TOTAL MARKET OB/XF VALUE | 4,313 |
| TOTAL LAND VALUE - MARKET | 27,000 |
| TOTAL MARKET VALUE | 43,669 |
| SOH/AGL Deduction | 5,678 |
| ASSESSED VALUE | 37,991 |
| TOTAL EXEMPTION VALUE | 0 |
| BASE TAXABLE VALUE | 37,991 |
| TOTAL JUST VALUE | 43,669 |
| NCON VALUE | 0 |
| INCOME VALUE | 0 |
| PREVIOUS YEAR MKT VALUE | 42,631 |

**VALUATION BY:** Tax Dist:
**Tax Group:** 30

## BUILDING CHARACTERISTICS

| ELEMENT | CD | CONSTRUCTION |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structur | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floo | 01 | PLWD&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | | 0 100 |
| Bathrooms | | 0 100 |
| Units | | 1 100 |

## MARKET ADJUSTMENTS

| TYPE | MDL | EFF.AREA | TOT ADJ PTS | EFF.BASE RATE | REPL.COST NEW | AYB | EYB | ECON | FNCT | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1,226 | 94.0500 | 50.39 | 61,778 | 1970 | 1970 | 0 | 0 | 20 | 46.00 | 20.00 |

1 MH LC - 0% - 0      Heated Area: 912      HX Base Yr

## AREA

| AREA TYPE | PCT OF BASE | TOTAL GROSS AREA | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 100 | 240 | | 2,419 |
| BAS | 672 100 | 672 | | 6,772 |
| FCP | 336 30 | 101 | | 1,018 |
| FOP | 116 30 | 35 | | 353 |
| USP | 270 45 | 122 | | 1,230 |
| UST | 140 40 | 56 | | 564 |

**Quality:** 01 E.F L/C
**DOR CODE:** 0200 MOBILE HOME
**MAP NUM:** 153
**NEIGHBORHOOD/LOC:** 153710.00 1.14/ MKT AREA

**TOTALS:** 1,774   1,226   12,356

## EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD | CAP | L | W | CAP | UT | UNITS | ADJ UNIT PRICE | AdjR | UNIT TYPE | D/T | DPTH FACT | % COND | TOT ADJ | YEAR ACTUAL | YEAR ON | ORIG COND | Q | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DOCK 3 | BA COVERED | 0 | 0 | 12 | 10 | 0 | UT | 120.00 | 15.64 | | | | 1.00 | 50 | 1.00 | 1992 | 1992 | 50 | 3 | 938 |
| 7 | SEA 3A | MTL/VL/CMP | 0 | 0 | 0 | 0 | 0 | UT | 75.00 | 90.00 | | | | 1.00 | 50 | 1.00 | 1992 | 1992 | 50 | 3 | 3,375 |

**TOTAL OB/XF:** 939   3,375

## LAND DESCRIPTION

| L N | USE CODE | CLS | LAND USE DESCRIPTION | R D | LOC ZONE | FRONT | DEPTH | TOT LND UTS | UNIT TYPE | D/T | DPTH FACT | % COND | TOT ADJ | UNIT PRICE | ADJ UNIT PRICE | LAND VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1173TC4 | C | W CANAL LT | | OKEECHOBEE | 75.00 | 110.00 | 1.00 | LT | | 1.00 | | 1.00 | 27,000.00 | 27,000.00 | 27,000 |

**Total Acres:** 0.19   **Total Land Value:** 27,000

## SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q U | V I | I CD | RSN | SALE PRICE |
|---|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | | 50,000 |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | | 0 |

**GRANTOR:** HANSON ARTHUR
**GRANTEE:** STEEN DAVID A

**GRANTOR:** HANSON A R, HANSON
**GRANTEE:**

## BUILDING NOTES

## BUILDING DIMENSIONS

BAS=[YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] N24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W10 N14 E10 S14 $

**BLD DATE / XF DATE / INC DATE:** LGL DATE / LAND DATE / AG DATE: 10/07/2010   OB/XF MKT VALUE: 4,313

Certified to be a true and accurate record of the Okeechobee County Property Appraiser.
Date: 4-22-24

**REVIEW DATE:** 08/21/2020   **BY:** JT   **Market:** 0   **Agricultural:** 0   **Common:** 27,000   **PRINTED** 04/22/2024 BY p.wilson

# 2021 — OKEECHOBEE COUNTY PROPERTY RECORD

**Parcel:** 1-35-37-35-0020-00000-1360

**Owner:** STEEN DAVID A, 2114 SE 34TH LANE, OKEECHOBEE, FL 34974

**Legal:** TAYLOR CREEK ISLES SECTION ONE (PLAT BOOK 3 PAGES 59 & 59A) LOT 136

## VALUATION SUMMARY

| Item | Value |
|---|---|
| BUILDING MARKET VALUE | 15,289 |
| TOTAL MARKET OB/XF VALUE | 4,298 |
| TOTAL LAND VALUE - MARKET | 28,000 |
| TOTAL MARKET VALUE | 47,587 |
| SOH/AGL Deduction | 0 |
| ASSESSED VALUE | 47,587 |
| TOTAL EXEMPTION VALUE | 30,000 |
| BASE TAXABLE VALUE | 17,587 |
| TOTAL JUST VALUE | 47,587 |
| NCON VALUE | 248 |
| INCOME VALUE | |
| PREVIOUS YEAR MKT VALUE | 43,669 |

Tax Dist: STANDARD 30
Tax Group: 30   HX Base Yr 2021
Exemptions: HX HB VX

## BUILDING CHARACTERISTICS

| CD | ELEMENT | CONSTRUCTION |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structur | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floo | 01 | PLWD&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | | 0 100 |
| Bathrooms | | 0 100 |
| Units | | 1 100 |

Quality: 01 E,F L/C
DOR CODE: 0200 MOBILE HOME
MAP NUM:
NEIGHBORHOOD/LOC: 153710.00   MKT AREA: 1.15/   153

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 2,959 |
| BAS | 672 | 100 | 672 | 8,286 |
| FCP | 336 | 30 | 101 | 1,245 |
| FOP | 116 | 30 | 35 | 432 |
| USP | 270 | 45 | 122 | 1,504 |
| UST | 140 | 50 | 70 | 863 |
| TOTALS | 1,774 | | 1,240 | 15,289 |

## MARKET ADJUSTMENTS

| TYPE | MDL | EFF.AREA | TOT ADJ PTS | REPL.COST NEW | EFF.BASE RATE | AYB | EYB | ECON | FNCT | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 MH LC - 100% - 2021 | 0803 | 02 | 1,240 | 94.0500 | 76,446.00 | 61.65 | 1970 | 1970 | 0 | 0 | 20 | 46.00 | 20.00 |

Heated Area: 912

Building sketch: UST 1992, FOP 2007, USP 2010, BAS 1993, ALF 1992, FCP 2010

Certified to be a true and accurate record of the Okeechobee County Property Appraiser. Date: 4-22-24  (signed) PW/2024

## SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q/U | V/I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | 50,000 |
| GRANTOR: HANSON ARTHUR | | | | | | |
| GRANTEE: STEEN DAVID A | | | | | | |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | 0 |
| GRANTOR: | | | | | | |
| GRANTEE: HANSON A R, HANSON | | | | | | |

PERMIT NUM / DESCRIPTION / AMT / ISSUED

BUILDING NOTES / BUILDING DIMENSIONS:
BAS=[YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W10 N14 E10 S14 $

## EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD | CAP | L | W | UNITS | UT | Adj R | ADJ UNIT PRICE | ORIG COND | YEAR ON | YEAR ACTUAL | % COND | TOT ADJ | OB/XF MKT VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOCK | 1 2" PLANK | 01 | 00 | 12 | 10 | 120.00 | SF | 11.25 | 11.25 | 50 | 1992 | 1992 | 3 | 1.00 | 675 | |
| 2 | SEA | 3A MTL/VL/CMP | 01 | 00 | 0 | 0 | 75.00 | LF | 90.00 | 90.00 | 50 | 1992 | 1992 | 3 | 1.00 | 3,375 | |
| 3 | DOCK | DOCK | 01 | 00 | 3 | 10 | 30.00 | SF | 11.00 | 11.00 | 75 | 2021 | 2019 | | 1.00 | 248 | |

TOTAL OB/XF: 4,298

BLD DATE / XF DATE / INC DATE: 10/07/2010
LGL DATE / LAND DATE / AG DATE: JT

## LAND DESCRIPTION

| L N | USE CODE | CLS | LAND USE DESCRIPTION | R D | LOC ZONE | FRONT | DEPTH | UNITS | UNIT TYPE | D T | DPTH FACT | % COND | UNIT PRICE | ADJ UNIT PRICE | LAND VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173TC4 | C | W CANAL LT | | | 75.00 | 110.00 | 1.00 | LT | | 1.00 | | 28,000.00 | 28,000.00 | 28,000 |

2114 SE 34TH LANE, OKEECHOBEE

Total Acres: 0.19   Total Land Value: 28,000   Agricultural: 0   Market: 0   Common: 28,000

REVIEW DATE: 07/22/2021   BY: MC
PRINTED 04/22/2024 BY p.wilson

**1-35-37-35-0020-00000-1360**

**2022**

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL 34974

## OKEECHOBEE COUNTY PROPERTY — PAGE 1 of 1
### VALUATION SUMMARY

| VALUATION BY | | |
|---|---|---|
| Tax Group: 30 | | Tax Dist: STANDARD |
| BUILDING MARKET VALUE | | 18,335 |
| TOTAL MARKET OB/XF VALUE | | 5,049 |
| TOTAL LAND VALUE - MARKET | | 42,000 |
| TOTAL MARKET VALUE | | 65,384 |
| SOH/AGL Deduction | | 16,369 |
| ASSESSED VALUE | | 49,015 |
| TOTAL EXEMPTION VALUE | HX HB VX | 30,000 |
| BASE TAXABLE VALUE | | 19,015 |
| TOTAL JUST VALUE | | 65,384 |
| NCON VALUE | | 0 |
| INCOME VALUE | | |
| PREVIOUS YEAR MKT VALUE | | 47,587 |

### MARKET ADJUSTMENTS

| TYPE | MDL | EFF.AREA | TOT ADJ PTS | EFF. BASE RATE | REPL. COST NEW | AYB | EYB | ECON | FNCT | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1,240 | 94.9905 | 73.93 | 91,673 | 1970 | 1970 | 0 | 0 | 20 | 49.00 | 20.00 |

1 MH LC - 100% - 2021    HX Base Yr 2021

Heated Area: 912

### BUILDING CHARACTERISTICS / CONSTRUCTION

| ELEMENT | CD | |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structur | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floo | 01 | PLWD&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | 0 | 100 |
| Bathrooms | 0 | 100 |
| Units | 1 | 100 |

| Quality | 01 | E.F L/C |
|---|---|---|
| DOR CODE | 0200 | MOBILE HOME |
| MAP NUM | | |
| NEIGHBORHOOD/LOC | 153710.00 | 1.10/ |

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 3,549 |
| BAS | 672 | 100 | 672 | 9,936 |
| FCP | 336 | 30 | 101 | 1,493 |
| FOP | 116 | 30 | 35 | 518 |
| USP | 270 | 45 | 122 | 1,804 |
| UST | 140 | 50 | 70 | 1,035 |

TOTALS: 1,774 | 1,240 | | | 18,335

MKT AREA 153

Building sketch (USP 2010, BAS 1993, ALF 1992, FOP 2007, UST 1992, FCP 2010)

### EXTRA FEATURES

| L/N | OB/XF CODE | DESCRIPTION | BLD CAP | CAP | L | W | UNITS | UT | ADJ UNIT PRICE | Adj R | YEAR ACTUAL | YEAR ON | ORIG COND | % COND | DEPTH FACT | UNIT D TYPE T | TOT LND UTS | TOT ADJ | OB/XF MKT VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOCK | 1 2" PLANK | 0 100 | | 12 | 10 | 120.00 | SF | 14.00 | 14.00 | 1992 | 1992 | 3 | 50 | | | | | 840 | |
| 2 | SEA 3A | MTL/VL/CMP | 0 100 | | 0 | 0 | 75.00 | LF | 104.00 | 104.00 | 1992 | 1992 | 3 | 50 | | | | | 3,900 | |
| 3 | DOCK | DOCK | 0 100 | | 3 | 10 | 30.00 | SF | 13.75 | 13.75 | 2021 | 2019 | | 75 | | | | | 309 | |

### LAND DESCRIPTION

2114 SE 34TH LANE, OKEECHOBEE

| L/N | USE CODE | CLS | LAND USE DESCRIPTION | R D | LOC ZONE | FRONT | DEPTH | UNIT D TYPE T | DEPTH FACT | % COND | TOT ADJ | UNIT PRICE | ADJ UNIT PRICE | LAND VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173TC4 | C | W CANAL LT | | | 75.00 | 110.00 | LT | 1.00 | | 1.00 | 42,000.00 | 42,000.00 | 42,000 |

Total Acres: 0.19    Total Land Value: 42,000

### SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q U | V I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | 50,000 |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | 0 |

GRANTOR: HANSON ARTHUR
GRANTEE: STEEN DAVID A
GRANTOR:
GRANTEE: HANSON A R, HANSON

PERMIT NUM   DESCRIPTION   AMT   ISSUED

### BUILDING NOTES / BUILDING DIMENSIONS

BAS=[YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W10 N14 E10 S14 $

### TOTAL OB/XF

| BLD DATE / XF DATE | LGL DATE / LAND DATE | JT | OB/XF MKT VALUE |
|---|---|---|---|
| INC DATE | AG DATE | | 5,049 |

Certified to be a true and accurate record of the Okeechobee County Property Appraiser.
Date: 4-22-24    (signature) Mickey Bandi

Common: 42,000   Agricultural: 0   Market: 0

REVIEW DATE 07/22/2021   BY MC   PRINTED 04/22/2024 BY p.wilson

**1-35-37-35-0020-00000-1360**

**2023**

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL 34974

## OKEECHOBEE COUNTY PROPERTY — Page 1 of 1
### VALUATION SUMMARY

| VALUATION BY | | |
|---|---|---|
| Tax Group: 30 | | Tax Dist: STANDARD |
| BUILDING MARKET VALUE | | 22,461 |
| TOTAL MARKET OB/XF VALUE | | 5,337 |
| TOTAL LAND VALUE - MARKET | | 42,000 |
| **TOTAL MARKET VALUE** | | **69,798** |
| SOH/AGL Deduction | | 19,313 |
| ASSESSED VALUE | | 50,485 |
| TOTAL EXEMPTION VALUE | HX HB VX | 30,485 |
| BASE TAXABLE VALUE | | 20,000 |
| TOTAL JUST VALUE | | 69,798 |
| NCON VALUE | | 0 |
| INCOME VALUE | | |
| PREVIOUS YEAR MKT VALUE | | 65,384 |

### BUILDING CHARACTERISTICS / CONSTRUCTION

| ELEMENT | CD | |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structure | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floor | 01 | PLWD&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | | 0 100 |
| Bathrooms | | 0 100 |
| Units | | 1 100 |

Quality 01 E.F L/C
DOR CODE 0200 MOBILE HOME
MAP NUM       MKT AREA 153
NEIGHBORHOOD/LOC 153710.00  1.10/

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 4,347 |
| BAS | 672 | 100 | 672 | 12,173 |
| FCP | 336 | 30 | 101 | 1,830 |
| FOP | 116 | 30 | 35 | 634 |
| USP | 270 | 45 | 122 | 2,210 |
| UST | 140 | 50 | 70 | 1,268 |

TOTALS 1,774   1,240   22,461

### MARKET ADJUSTMENTS

| TYPE | MDL | EFF. AREA | TOT ADJ PTS | REPL. COST NEW | EFF. BASE RATE | NORM | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1,240 | 96.8715 | 112,307 | 90.57 | 0 | 20 | 49.00 | 20.00 |

1 MH LC - 100% - 2021   HX Base Yr 2021
Heated Area: 912

AYB 1970   EYB 1970

(Building sketch with dimensions)
UST 1992 (10×14)
FOP 2007 (12×11)
USP 2010 (27×10)
BAS 1993 (56×12, 24)
ALF 1992 (10×24)
FCP 2010 (24×14)

### EXTRA FEATURES

| L/N | OB/XF CODE | DESCRIPTION | BLD/CAP | L | W | CAP | UNITS | UT | Adj R | ADJ UNIT PRICE | UNIT TYPE | DPTH FACT | % COND | TOT ADJ | ORIG COND | YEAR ON | YEAR ACTUAL | Q | % COND | OB/XF MKT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOCK 1 | 2" PLANK | 0 100 | 12 | 10 | | 120.00 | SF | 17.50 | 17.50 | | 1.00 | 50 | 1.00 | 50 | 1992 | 1992 | 3 | 50 | 1,050 |
| 2 | SEA 3A | MTL/VL/CMP | 0 100 | 0 | 0 | | 75.00 | LF | 104.00 | 104.00 | | 1.00 | 50 | 1.00 | 50 | 1992 | 1992 | 3 | 50 | 3,900 |
| 3 | DOCK | DOCK | 0 100 | 3 | 10 | | 30.00 | SF | 17.20 | 17.20 | | 1.00 | 75 | 1.00 | 75 | 2021 | 2019 | | 75 | 387 |

TOTAL OB/XF   5,337

Certified to be a true and accurate record of the Okeechobee County Property Appraiser.
Date: 4-22-24  (signature) W. Wilson

BLD DATE / XF DATE / INC DATE  10/07/2010
LGL DATE / LAND DATE / AG DATE  JT

### LAND DESCRIPTION — 2114 SE 34TH LANE, OKEECHOBEE

| L/N | USE CODE | CLS | LAND USE DESCRIPTION | FRONT | DEPTH | LOC ZONE | R/D | UNITS | UNIT TYPE | DPTH | ADJ UNIT PRICE | LAND VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173TC4 | C | W CANAL LT | 75.00 | 110.00 | | | 1.00 | LT | | 42,000.00 | 42,000 | |

Total Acres: 0.19   Total Land Value: 42,000

### SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q/U | V/I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | 50,000 |
| | | | | | | |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | 0 |

GRANTOR: HANSON ARTHUR
GRANTEE: STEEN DAVID A

GRANTOR:
GRANTEE: HANSON A R, HANSON

### BUILDING NOTES / BUILDING DIMENSIONS

BAS=[YR=1993;ORIG=15.4,-36.6]  S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W10 N14 E10 S14 $

| YEAR | DENSITY | DECL | FRZ | YR | CONSRV |
|---|---|---|---|---|---|

OTHER ADJUSTMENTS AND NOTES
Common: 42,000
Agricultural: 0   Market: 0

REVIEW DATE 07/22/2021 BY MC   PRINTED 04/22/2024 BY p.wilson