# EXHIBIT: B

# (BLANK DR-402 APPLICATION)



# DECLARATION OF MOBILE HOME AS REAL PROPERTY

DR-402
R. 8/95

## COMPLETED BY THE APPLICANT

| County Select County | Parcel ID | Tag Numbers |
|---|---|---|
| I, the undersigned, request that the mobile home described below be assessed as real property. Said mobile home, of which I am the registered owner, was previously licensed as a motor vehicle. | | RP
RP
RP |

☐ Single Wide   ☐ Double Wide   ☐ Triple Wide   ☐ Other, explain: _____

### DESCRIPTION OF MOBILE HOME

Does your mobile home have an attachment or utility building?   ☐ yes   ☐ no

| Name of Model | Manufacturer | Year Manufactured |
|---|---|---|
| | | |

| Identification Number | Serial Number | Title Number |
|---|---|---|
| | | |
| | | |
| | | |

| Year purchased | Price new $ | Price used $ | Length and width ____ by ____ | Condition ☐ Fair | ☐ New  ☐ Poor | ☐ Good  ☐ Repossessed |
|---|---|---|---|---|---|---|

The said mobile home was permanently affixed on January 1 of the current year, is now permanently affixed, and it is my intention that the same remain permanently affixed to the following lands owned by me. An assessment for ad valorem taxation has been made on said lands for the current tax year.

Description of land



Mobile home assessed for year(s): _____

I hereby make application for the issuance of an "RP" license plate to identify the above-described mobile home as real property. The statements contained are true to the best of my knowledge and belief.

_____       _____       _____
Signature of applicant                   Print name                              Date

## COMPLETED BY THE PROPERTY APPRAISER

Owner has presented ☐ Registration Certificate at time of application ☐ Bill of Sale at time of registration.

I certify that the foregoing return was filed in the office of the property appraiser addressed, and that the above-described mobile home is included in an assessment for ad valorem taxation of the property of the person described above as the registered owner of such mobile home.

_____       _____
Signature, property appraiser              Date

Provide a completed copy to both the tax collector and the applicant.