# EXHIBIT C1

# (PLAINTIFF'S HOMESTEAD EXEMPTION APPLICATION)

| | | DR 501 |
|---|---|---|
| FLORIDA DEPARTMENT OF REVENUE | **Original Application for Ad Valorem Tax Exemption** | R. 12/07 |

_Okeechobee_ County, Florida   Tax year _2011_
New _✓_  Change ___  Additional ___   Property identification number ___

Applicant/co-applicant name and address
_Scott and Mary Principe_
_896 NE 104th Ct_
_Okeechobee, FL 34974_

Legal description:
_1-15-37-36-0A00-00002-1100_

Applicant Social Security number _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 Scott_
Co-Applicant Social Security number _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_

NOTE: Disclosure of your social security number is mandatory. It is required by section 196.011 (1), Florida Statutes. The social security number will be used to verify taxpayer identity information and homestead exemption information submitted to property appraisers.

Marital status    ☐ Single    ☒ Married
                 ☐ Widow     ☐ Divorced    ☐ Widower
Did you file tax exemptions last year? ☐ Yes  ☒ No
Where ___
If no, your last year's address
_6657 SE 86th Blvd_
_Okeechobee, FL 34974_

**Permanent Florida residency required as of January 1**

$25,000 Homestead exemption[1] ...................... ☒
$500 Widow's exemption ............................... ☐
$500 Widower's exemption ............................. ☐
$500 Disability exemption ............................. ☐
$500 Blind persons exemption ......................... ☐
$5000 Disabled Veteran ............................... ☐
Total and permanent disability exemption -
  quadriplegics[2] .................................... ☐
Service connected total and permanent
  disability exemption[2] ............................. ☐
Exemption for disabled veterans confined
  to wheelchairs[2] ................................... ☐
Total and permanent disability
  exemption[2] ........................................ ☐

[1]To apply for an additional homestead exemption enacted by local ordinance for persons age 65 and older you must file form DR-501SC. You must either receive, or apply for, the regular homestead to get this additional homestead exemption. If you have already received regular homestead exemption, you do not need to file another form DR-501.
[2]Documentation required

**Ownership information**

Percent of ownership ___   Type of deed ___
Recorded: Book ___         Page ___
Date recorded ___          Date of deed ___

| Proof of residence for all owners | Owner | Spouse | Other owner |
|---|---|---|---|
| Address of each owner not residing on property | | | |
| Date you last became a permanent resident of Florida | 1969 | 1973 | |
| Date of occupancy | 11-10-10 | 11-10-10 | |
| Florida driver license number **copies required** | P.652·781·67·449·0 (Date) | P.652·384·71·505·9 (Date) | (Date) |
| Florida vehicle tag number | S255HQ | M760YI | |
| Florida voter registration number (if U.S. citizen) | NO (Date) | NO (Date) | (Date) |
| Immigration number **copies required** (alien card - if not a U.S. citizen) | N/A (Date) | N/A (Date) | (Date) |
| Declaration of domicile | Res. date | Res. date | Res. date |
| Date of birth | 12-9-67 | 1-5-71 | |
| Current employer | Disabled | Unemployed | |
| Address listed on your last IRS return | 6657 SE 86th Okeechobee, FL | 6657 SE 86th Blvd Okeechobee | |

I authorize this agency to obtain information to determine my eligibility for the exemptions applied for. I qualify for these exemptions under Florida Statutes. I am a permanent resident of the State of Florida and I own and occupy the property above. I understand that under section 196.131(2), Florida Statutes, any person who knowingly gives false information to claim homestead exemption is guilty of a first-degree misdemeanor, punishable by imprisonment up to 1 year, a fine up to $5,000, or both. Under penalties of perjury, I declare that I have read the foregoing application and that the facts stated in it are true.
NOTE: If all information is not received by March 1st, your application will be processed for whatever exemptions you qualify for on that date.

_Scott Principe_                  _Mary Principe_              _W.C. Sherman by M. Mory_
Signature of applicant           Signature of co-applicant     Signature of deputy

_2-14-11_                         _863-357-6862_
Date                              Phone number                 Entered by

# OKEECHOBEE COUNTY
### Worlds Best Fresh Water Fishing

W.C. SHERMAN
OFFICE OF PROPERTY APPRAISER
307 N.W. 5th Avenue, Suite A
Okeechobee, Florida 34972
Telephone 863-763-4422
Fax 863-763-4745
www.okeechobeepa.com



## AFFIDAVIT

Property owners are **not eligible** for homestead exemption if they are receiving **any type of residency based exemption on any other home anywhere. This includes any benefit you may receive as a result of a spouse claiming exemption in another County or State.** If you knowingly apply for homestead exemption while receiving an exemption on another home you may be guilty of fraud.

Florida Statute 196.131 (2), provides that any person who knowingly and willfully gives false information for the purpose of claiming homestead exemption is guilty of a misdemeanor of the first degree, punishable by a term of imprisonment not exceeding 1 year, a fine not exceeding $5000.00 or both.

**Property Owners are advised that this office will investigate homestead applications and will seek prosecution of those found to be fraudulent.**

I/We declare that I/we have read the foregoing affidavit and that the facts provided on our homestead application dated ___2-14-10___ are true.

_____
Applicant

_____
Witness

_____
Co-applicant