# EXHIBIT C2

# (PLAINTIFF'S HOMESTEAD EXEMPTION APPLICATION)



OK 5-4-21 W.780

# ORIGINAL APPLICATION FOR HOMESTEAD AND RELATED TAX EXEMPTIONS

DR-501
Rule 12D-16.002, F.A.C
Eff. 09/18
Page 1 of 4

Permanent Florida residency required on January 1.
Application due to property appraiser by March 1.

| County | Okeechobee | Tax Year | 2021 | Parcel ID | 1-35-37-35-0020-00000-1360 |
|---|---|---|---|---|---|
| I am applying for homestead exemption, $25,000 to $50,000 | | | | ☐ New | ☐ Change |
| Do you claim residency in another county or state? | | Applicant? ☐ Yes ☐ No | | Co-applicant? ☐ Yes ☐ No | |

| | Applicant | Co-applicant/Spouse |
|---|---|---|
| Name | STEEN DAVID A | |
| *Social Security # | 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 | |
| Immigration # | | |
| Date of birth | 01/23/1967 | |
| % of ownership | 100.00 | |
| Date of permanent residency | 02/14/2020 | |
| Marital status | ☐ Single ☐ Married ☑ Divorced ☐ Widowed | |
| Homestead address | 2114 SE 34TH LANE OKEECHOBEE FL 34974 | Mailing address, if different |
| Legal description | DOC#2020001651 | Phone (605) 872-0069 |
| Type of deed _____ Date of deed _____ | | Recorded: Book ____ Page ____ Date ____ |
| Did any applicant receive or file for exemptions last year? | ☐ Yes ☑ No | |
| Previous address: | 4439 SEEAIRE ST RAPID CITY SD 57702 | |

Please provide as much information as possible. Your county property appraiser will make the final determination.

| Proof of Residence | Applicant | Co-applicant/Spouse |
|---|---|---|
| Previous residency outside Florida and date terminated | date | date |
| FL driver license or ID card number | S350161670230  date 10/12/?? | date |
| Evidence of relinquishing driver license from other state | | |
| Florida vehicle tag number | | |
| Florida voter registration number (if US citizen) | date | date |
| Declaration of domicile, enter date | date | date |
| Current employer | RETIRED | |
| Address on your last IRS return | | |
| School location of dependent children | | |
| Bank statement and checking account mailing address | | |
| Proof of payment of utilities at homestead address | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Name and address of any owners not residing on the property | | |

*Disclosure of your social security number is mandatory. It is required by section 196.011(1)(b), Florida Statutes. The social security number will be used to verify taxpayer identity and homestead exemption information submitted to property appraisers.

Continued on page 2

DR-501
Eff. 09/18x/
Page 2 of 4x

**In addition to homestead exemption, I am applying for the following benefits.**
See page 3 for qualification and required documents.

By local ordinance only:
- ☐ Age 65 and older with limited income (amount determined by ordinance)
- ☐ Age 65 and older with limited income and permanent residency for 25 years or more
- ☐ $500 widowed    ☐ $500 blind    ☐ $500 totally and permanently disabled
- ☐ Total and permanent disability - quadriplegic
- ☐ Certain total and permanent disabilities - limited income and hemiplegic, paraplegic, wheelchair required, or legally blind
- ☐ Disabled veteran discount, 65 or older
- ☑ Veteran disabled 10% or more
- ☐ Disabled veteran confined to wheelchair, service-connected
- ☐ Service-connected totally and permanently disabled veteran or surviving spouse
- ☐ Surviving spouse of veteran who died while on active duty
- ☐ First responder totally and permanently disabled in the line of duty or surviving spouse
- ☐ Surviving spouse of first responder who died in the line of duty
- Other, specify: _____

I authorize this agency to obtain information to determine my eligibility for the exemptions applied for. I qualify for these exemptions under Florida Statutes. I own the property above and it is my permanent residence or the permanent residence of my legal or natural dependent(s). (See s. 196.031, Florida Statutes.)

I understand that under section 196.131(2), F.S., any person who knowingly and willfully gives false information to claim homestead exemption is guilty of a misdemeanor of the first degree, punishable by imprisonment up to one year, a fine up to $5,000, or both.

I certify all information on this form and any attached statements, schedules, etc., are true and correct to the best of my knowledge as of January 1 of this year.

_[signature]_
Signature, applicant
Date 1/26/21

Signature, co-applicant
Date _____

_[signature]_                                      1/26/21          S.MATTHEWS                  1/26/21
Signature, property appraiser or deputy     Date                Entered by                        Date

File the signed application for exemption with the county property appraiser.

### Penalties

The property appraiser has a duty to put a tax lien on your property if you received a homestead exemption during the past 10 years that you were not entitled to. The property appraiser will notify you that taxes with penalties and interest are due. You will have 30 days to pay before a lien is recorded. If this was not an error by the property appraiser, you will be subject to a penalty of 50 percent of the unpaid taxes and 15 percent interest each year (see s. 196.011(9)(a), F.S.). For special requirements for estates probated or administered outside Florida, see s. 196.161(1), F.S.

The information in this application will be given to the Department of Revenue. Under s. 196.121, F.S., the Department and property appraisers can give this information to any state where the applicant has resided. Social security numbers will remain confidential under s.193.114(5), F.S.

Contact your local property appraiser if you have questions about your exemption.