# EXHIBIT D1

## (THE SALE OF TAX DEED CERTIFICATES TO THE PLAINTIFF'S PROPERTY)

```
                    CELESTE WATFORD, CFC
                    409 NW 2ND AVE. SUITE A
                    OKEECHOBEE, FL. 34972

                 Tax Sale Certificate Redemption Receipt
```

Certificate   I 0002255  2023                PARCEL# 1-15-37-36-0A00-00002-1100
For Unpaid 2022 Taxes                        OKEECHOBEE COUNTY
Bill # R 2542200 2022

                                             OWNER:
Certificate                    941.77        PRINCIPE SCOTT
Interest                       141.27        PRINCIPE MARY
                                             896 NE 104TH CT
Redemption Fee                   6.25        OKEECHOBEE              FL 34974-8246


                                             Holder - 9991641
Total Paid                   1,089.29        7 POOCHES, INC
                                             IRA AND DANIEL BERMAN
                                             22450 ARCADIA CT
                                             BOCA RATON, FL   33433



                                             BEING A PARCEL OF LAND LYING
                                             IN SECTION 15, TOWNSHIP 37
                                             SOUTH, RANGE 36 EAST,
                                             OKEECHOBEE COUNTY, FLORIDA,
                                             BEING DESCRIBED AS LOT 110, A-
                                             (FOR MORE LEGAL SEE TAX ROLL)




                                             ***** PAID *****
                                             3/22/2024   2112535
                                             R 2542200-I    2022      1,089.29
                                             PAYER: PRINCIPE SCOTT

NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

BILL # R 2544600 2021   PROPERTY # R 1-15-37-36-0A00-00002-1100

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

**\* CERTIFICATE SOLD \***

| | | |
|---|---|---|
| Sale Date | 06/01/2022 | PRINCIPE SCOTT |
| Certificate# | 2072 | PRINCIPE MARY |
| Certificate Holder | 9991651 | 896 NE 104TH CT |
| Interest Rate | 0.25 | OKEECHOBEE , FL 349748246 |
| Original Amount | $830.61 | |
| Interest Amount | $41.53 | |
| Fees | $6.25 | BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA, |
| **UnPaid Balance** | **$878.39** | |

**TAXABLE VALUE** $19,515.00

Exemptions:
HX-$25,000.00 HB-$0.00 DX-$500.00

Property Address:
896 NE 104TH CT OKEECHOBEE 34974

**Delinquent Tax History**

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference | Add To Cart |
|---|---|---|---|---|---|---|---|
| 2021 | R | 2544600-I | $830.61 | $47.78 | $878.39 | 2072 I | ⊕ P A Y |
| | | Total Due | | | $878.39 | | |

## Notice Of AD Valorem Taxes & Non-AD Valorem Assessments

Bill # R 2550600 2020                              R 1-15-37-36-0A00-00002-1100

### REAL ESTATE Tax/Notice Receipt For OKEECHOBEE County

| AD VALOREM TAXES | | |
|---|---|---|
| TAXING AUTHORITY | MILLAGE RATE | TAX AMOUNT |
| COUNTY | .00800000 | $151.14 |
| SCHOOL-RLE | .00367200 | $69.38 |
| SCHOOL-DISC | .00224800 | $42.47 |
| SOUTH FL. WAT MGMNT | .00022950 | $4.34 |
| SFWM - EVERGLADES | .00003800 | $0.72 |
| CHILDRENS COUNCIL | .00036000 | $6.80 |
| TOTAL AD-VALOREM: | | $274.85 |

| NON-AD VALOREM ASSESSMENTS | |
|---|---|
| TAXING AUTHORITY | TAX AMOUNT |
| Asmt - EMS ASSESSMENT | $106.64 |
| Asmt - FIRE ASSESSMENT | $113.56 |
| Asmt - GARBAGE ASMT | $238.00 |
| TOTAL NON-AD VALOREM: | $458.20 |
| COMBINED TAXES & ASMTS: | $733.05 |
| DISCOUNT: | $0.00 |
| UNPAID BALANCE: | $0.00 |

Exemptions: HX-$25,000.00 HB-$0.00 DX-$500.00

**Property Address:**
896 NE 104TH CT OKEECHOBEE 34974

PRINCIPE SCOTT
PRINCIPE MARY
896 NE 104TH CT
OKEECHOBEE , FL 34974 - 8246

0.500 ACRES
BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA,




| FAIR MKT VALUE | $77,430.00 | DIST | 30 |
| ASSESS | $44,393.00 | EXEMPT VALUE | $25,500.00 |
| TAXABLE VALUE | $18,893.00 | | |

** PAID **

| Last Payment: | 05/31/2021 | Receipt Number: | 9841106 |
| Amount Collected: | $756.79 | Discount Amount: | $0.00 |

### Delinquent Tax History

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference | |
|---|---|---|---|---|---|---|---|
| 2021 | R | 2544600-I | $830.61 | $47.78 | $878.39 | 2072 I | P A Y |
| | | | Total Due | | $878.39 | | |

### Tax Roll Property Summary

| Parcel | Roll Type | Year | Original Gross Tax | Original Assessments | Date Paid | Amount Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|
| 11537360A00000021100 | R | 2021 | $0.00 | $0.00 | N/A | $0.00 | $878.39 |
| 11537360A00000021100 | R | 2020 | $274.85 | $458.20 | 5/31/2021 | $756.79 | $0.00 |
| 11537360A00000021100 | R | 2019 | $223.13 | $431.68 | 3/17/2020 | $654.81 | $0.00 |
| 11537360A00000021100 | R | 2018 | $216.67 | $431.68 | 3/6/2019 | $648.35 | $0.00 |
| 11537360A00000021100 | R | 2017 | $206.10 | $406.52 | 2/27/2018 | $606.49 | $0.00 |
| 11537360A00000021100 | R | 2016 | $200.70 | $405.00 | 3/24/2017 | $605.70 | $0.00 |
| 11537360A00000021100 | R | 2015 | $205.44 | $405.00 | 12/31/2015 | $310.22 | $0.00 |
| | | | | | 2/3/2016 | $310.22 | |
| 11537360A00000021100 | R | 2014 | $203.28 | $374.60 | 4/30/2015 | $596.54 | $0.00 |

```
# TC906G 10   157 ACS Tax Collection System           Collections System Inquiry
  Bill No.       Parcel No.                    Name              TXSL Certificate
R 2540300 I   R 1-15-37-36-0A00-00002-1100    PRINCIPE SCOTT                    T
  2024                                        PRINCIPE MARY
              ** CERTIFICATE # 0002008 **     OKEECHOBEE, FL 34974-8246

Sale Date         06/01/2024   Certificate : RAM TAX LIEN FUND II, LP
Accrual Date      06/01/2024   Holder 1157 : RTLF-FL II, LP
Duplicate Date                             : PO BOX 71054
                                           : CHICAGO, IL  60694-1054
                                           :
                                   Taxable:     17756 CO              CI
Exem HX HB DX                                   17756 SC        17756 OT
  *-PRIOR-*       Original    Collections    Balance             47756 Asd
Certificate         991.02                     991.02
Interest  7.75%      49.55                      49.55   <-Interest amt
Purchase Fee                                                 increases on
Redemption Fee        6.25                       6.25        9/01/2024
Cancellation Fee
Other Fee-4
Other Fee-5
    * *  TOTALS    1,046.82                   1,046.82
Last Pmt                         Rcpt     Trn
(PRESS ENTER TO CONTINUE)                                    Action ?
```

**CELESTE WATFORD, C.F.C.**  
OKEECHOBEE COUNTY TAX COLLECTOR

**2022 Real Estate Reminder Notice**  
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | EXEMPTIONS | DIST CD |
|---|---|---|---|
| 1-15-37-36-0A00-00002-1100 | | HX HB DX | 030 |

TAX BILL NUMBER: R 2542200

PRINCIPE SCOTT  
PRINCIPE MARY  
896 NE 104TH CT  
OKEECHOBEE, FL 34974-8246

.500  
BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA, BEING DESCRIBED AS LOT 110, A-  
SITE: 896 NE 104TH CT OKEECHOBEE 34974

MAILING ADDRESS: 409 N.W. 2nd AVE., SUITE A, OKEECHOBEE FL 34972 * (863)-763-3421

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION VALUE | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | .00800000 | 46,365 | 25,500 | 20,865 | 166.92 |
| SCHOOL-RLE | .00322300 | 46,365 | 25,500 | 20,865 | 67.25 |
| SCHOOL-DISC | .00224800 | 46,365 | 25,500 | 20,865 | 46.90 |
| SOUTH FL. WAT MGMNT | .00019740 | 46,365 | 25,500 | 20,865 | 4.12 |
| SFWM - EVERGLADES | .00003270 | 46,365 | 25,500 | 20,865 | 0.68 |
| CHILDRENS COUNCIL | .00030000 | 46,365 | 25,500 | 20,865 | 6.26 |



RETAIN THIS PORTION FOR YOUR RECORDS  
WALK-IN CUSTOMERS PLEASE BRING FOR RECEIPT

*IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD. If the taxes for year 2022 on your property are not paid, a tax certificate will be sold per F.S. 197.343. This could result in loss of property. Please contact the Tax Collector's office for more information.

| TOTAL MILLAGE | 0.01400110 | AD VALOREM TAXES | 292.13 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| EMS ASSESSMENT | | 113.14 |
| FIRE ASSESSMENT | | 120.48 |
| GARBAGE ASMT | | 300.00 |

| | | NON-AD VALOREM ASSESSMENTS | 533.62 |
|---|---|---|---|
| COMBINED TAXES AND ASSESSMENTS | 825.75 | See reverse side for important information | |

| IF PAID BY: | APR 1-13  850.52 | APR14-MAY31  854.16 | | TAX SALE | JUNE 1, 2023 |
|---|---|---|---|---|---|

---

**CELESTE WATFORD, C.F.C.**  
OKEECHOBEE COUNTY TAX COLLECTOR

**2022 Real Estate Reminder Notice**  
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | EXEMPTIONS | DIST CD |
|---|---|---|---|
| 1-15-37-36-0A00-00002-1100 | | HX HB DX | 030 |

TAX BILL NUMBER: R 2542200

.500  
BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA, BEING DESCRIBED AS LOT 110, A-





PRINCIPE SCOTT  
PRINCIPE MARY  
896 NE 104TH CT  
001618 OKEECHOBEE, FL 34974-8246

P2 T6

CELESTE WATFORD, C.F.C, TAX COLLECTOR, 409 N.W. 2nd AVE., SUITE A, OKEECHOBEE FL 34972 * (863) 763-3421  
OR PAY AT www.okeechobeecountytaxcollector.com

PLEASE PAY IN U.S. FUNDS TO

| IF PAID BY: | APR 1-13  850.52 | APR14-MAY31  854.16 | | TAX SALE | JUNE 1, 2023 |
|---|---|---|---|---|---|

RETURN WITH PAYMENT