# EXHIBIT D2

# (THE SALE OF TAX DEED CERTIFICATES TO THE PLAINTIFF'S PROPERTY)

Case 2:24-cv-14292-AMC   Document 1-8   Entered on FLSD Docket 09/06/2024   Page 2 of 3

```
# TC906G 10    157 ACS Tax Collection System     Collections System Inquiry
  Bill No.   Parcel No.                    Name              TXSL Certificate
R 2347300 I R 1-35-37-35-0020-00000-1360    STEEN DAVID A                  T
  2024                                      2114 SE 34TH LANE
             ** CERTIFICATE # 0001909 **    OKEECHOBEE, FL 34974
```

| | | | |
|---|---|---|---|
| Sale Date | 06/01/2024 | Certificate : | FIG 1706, LLC |
| Accrual Date | 06/01/2024 | Holder 1165 : | PO BOX 532154 |
| Duplicate Date | | : | ATLANTA, GA 30353 |

```
                                   Taxable:      20000 CO              CI
                                                 20485 SC        20000 OT
Exem HX HB VX
   *-PRIOR-*         Original    Collections    Balance          50485 Asd
Certificate          1,026.76                   1,026.76
Interest  9.00%         51.34                      51.34    <-Interest amt
Purchase Fee                                                  increases on
Redemption Fee           6.25                       6.25        7/01/2024
Cancellation Fee
Other Fee-4
Other Fee-5
    * *  TOTALS      1,084.35                   1,084.35
Last Pmt                           Rcpt         Trn
(PRESS ENTER TO CONTINUE)                                     Action ?
```

**CELESTE WATFORD, C.F.C.**
OKEECHOBEE COUNTY TAX COLLECTOR

2023 Real Estate Reminder Notice

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | EXEMPTIONS | DIST CD |
|---|---|---|---|
| 1-35-37-35-0020-00000-1360 | | HX HB VX | 030 |

TAX BILL NUMBER: R 2347300

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL  34974-7081

.189
TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

SITE: 2114 SE 34TH LANE OKEECHOBEE 34974

MAILING ADDRESS: 409 N.W. 2ND AVE., SUITE A, OKEECHOBEE FL 34972 • (863)-763-3421 • Pay Online at www.okeechobeetc.com

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION VALUE | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | .00800000 | 50,485 | 30,485 | 20,000 | 160.00 |
| SCHOOL-RLE | .00314100 | 50,485 | 30,000 | 20,485 | 64.34 |
| SCHOOL-DISC | .00224800 | 50,485 | 30,000 | 20,485 | 46.05 |
| SOUTH FL. WAT MGMNT | .00019740 | 50,485 | 30,485 | 20,000 | 3.95 |
| SFWM - EVERGLADES | .00003270 | 50,485 | 30,485 | 20,000 | 0.65 |
| CHILDRENS COUNCIL | .00030000 | 50,485 | 30,485 | 20,000 | 6.00 |

RETAIN THIS PORTION FOR YOUR RECORDS
WALK-IN CUSTOMERS PLEASE BRING FOR RECEIPT

*IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD.  If the taxes for year 2023 on your property are not paid, a tax certificate will be sold per F.S. 197.343.  This could result in loss of property.  Please contact the Tax Collector's office for more information.

TOTAL MILLAGE: 0.01391910
AD VALOREM TAXES: 280.99

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| EMS ASSESSMENT | | 154.69 |
| FIRE ASSESSMENT | | 127.04 |
| GARBAGE ASMT | | 360.96 |

NON-AD VALOREM ASSESSMENTS: 642.69

COMBINED TAXES AND ASSESSMENTS: 923.68

See reverse side for important information

| IF PAID BY: | APR 1-12 | APR13-MAY31 | | TAX SALE | JUNE 1,2024 | |
|---|---|---|---|---|---|---|
| | 951.39 | 954.19 | | | | |

---

**CELESTE WATFORD, C.F.C.**
OKEECHOBEE COUNTY TAX COLLECTOR

2023 Real Estate Reminder Notice

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| PROPERTY I.D. NUMBER | ESCROW CD | EXEMPTIONS | DIST CD |
|---|---|---|---|
| 1-35-37-35-0020-00000-1360 | | HX HB VX | 030 |

TAX BILL NUMBER: R 2347300

.189
TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL  34974-7081

001615
P2  T6

RETURN WITH PAYMENT

PLEASE PAY IN U.S. FUNDS TO  CELESTE WATFORD, C.F.C, TAX COLLECTOR, 409 N.W. 2ND AVE., SUITE A, OKEECHOBEE FL 34972 • (863) 763-3421 • Pay Online at www.okeechobeetc.com

| IF PAID BY: | APR 1-12 | APR13-MAY31 | | TAX SALE | JUNE 1,2024 | |
|---|---|---|---|---|---|---|
| | 951.39 | 954.19 | | | | |