# EXHIBIT E1

# (TRAINING OF PROPERTY APPRAISER AND EMPLOYEES)

**From:** Patti Wilson
**Sent:** Wednesday, October 11, 2023 1:28 PM
**To:** principescott3@gmail.com
**Subject:** RE: Public Records Request

Mr. Principe,

Our office does not have any records related to the training of the property appraiser, staff and employees
under the supervision of the property appraiser, related to training of the United States Constitution, Florida Constitution, Florida Statutes
or Florida administrative code.

Regards,

*Patti Wilson*
Chief Deputy

**Mickey L. Bandi**
**Okeechobee County Property Appraiser**
**409 NW 2nd Avenue Suite B**
**Okeechobee, FL 34972**
**(863)763-4422**
**Okeechobeepa.com**

---

**From:** principescott3@gmail.com <principescott3@gmail.com>
**Sent:** Friday, October 6, 2023 3:38 PM
**To:** Public Records Request <publicrecordsrequest@okeechobeepa.com>
**Subject:** Public Records Request

Okeechobee County Property Appraiser
Attn: Patti Wilson, Custodian
Date: 10/06/2023

Please provide me with all legally and
lawfully promulgated records of the
property appraiser, staff and employees under
his supervision of their training of the
United States Constitution, Florida Constitution,
And Florida Statutes and Florida Administrative Codes

I believe 3 business days is reasonable for your response.
Any question I can be reached at 863-634-8256.

Thank You,
Scott Principe

Sent from [Mail](https://go.microsoft.com/fwlink/?LinkId=550986) for Windows