# EXHIBIT E2

# (TRAINING OF TAX COLLECTOR AND EMPLOYEES)

**From:** Celeste Watford
**Sent:** Thursday, November 16, 2023 1:08 PM
**To:** principescott3@gmail.com
**Subject:** RE: Records Request

Mr. Principe,

There are no responsive documents to your specific request.

Thank You,

Celeste Watford
Okeechobee County Tax Collector
863.763.3421

**From:** Terry Wells <twells@okeetc.com>
**Sent:** Monday, November 13, 2023 4:49 PM
**To:** Celeste Watford <cwatford@okeetc.com>
**Subject:** FW: Records Request

**From:** principescott3@gmail.com <principescott3@gmail.com>
**Sent:** Monday, November 13, 2023 2:26 PM
**To:** Terry Wells <twells@okeetc.com>
**Subject:** Records Request

Sent from Mail for Windows
Please provide me with all legally and lawfully promulgated records of the Tax collector, staff and employees under
The tax collector's supervision of their training of the United States Constitution, Florida Constitution, and Florida Statues
And Florida Administrative code.
I believe three business days is reasonable for your response, any questions I can be reached at:863-634-8256

Thank You,
Scott Principe.