UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14292-CIV-CANNON

**SCOTT A. PRINCIPE, MARY DOWNMAN PRINCIPE,** and **DAVID A. STEEN**,

    Plaintiffs,

v.

**OKEECHOBEE COUNTY MUNICIPALITY,**
**MICKEY L. BANDI** *Okeechobee County Property Appraiser*,
and **CELESTE WATFORD** *Okeechobee County Tax Collector*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On September 9, 2024, to facilitate efficient communication with Plaintiffs, the Court entered an Order instructing them, on or before September 23, 2024, to complete and file with the Court a "Consent by Pro Se Litigant (Non-Prisoner) to Receive Notices of Electronic Filing" form by September 23, 2024 [ECF No. 5; *see* ECF No. 7 (confirmation of mailed order)]. To date, Plaintiffs have not complied or requested additional time to do so.

In view of Plaintiffs' noncompliance, it is hereby **ORDERED AND ADJUDGED** that, on or before **October 16**, **2024**, Plaintiffs shall (1) comply with the Order requiring consent to Notices of Electronic Filing by submitting the required form; and (2) show cause why they failed to do so by the original deadline of September 23, 2024. **Failure to comply with this Order may result in sanctions, including dismissal of this case without further notice**.

CASE NO. 24-14292-CIV-CANNON

**The CLERK is instructed to mail a copy of this Order to Plaintiffs at the addresses listed below**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of October 2024.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:  Scott A. Principe
896 NE 104th Ct
Okeechobee, Florida 34974
PRO SE

Mary Downman Principe
896 NE 104th Ct.
Okeechobee, Florida 34974
PRO SE

David A. Steen
2114 SE 34th Ln.
Okeechobee, Florida 34974
PRO SE