

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 24cv 14292

Judge Canon

Scott A. Principe and

Mary Downam Principe

David A. Steen,

  Plaintiffs,

v.

Okeechobee County Municipality

Okeechobee County Property Appraiser

Mickey L. Bandi

Okeechobee County Tax Collector

Celeste Watford

Defendants

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

All Plaintiffs were signed up for PACER by 9/22/24 done online and thought process was complete, Plaintiffs are now in compliance.

RESPECTFULLY SUBMITTED this __7__ day of __OctobER__ 2024

_Scott Principe_

10/7/24
Dated: Month, day, year

Respectfully submitted,

Scott A. Principe
Name of Filer

_____
Attorney Bar Number *(if applicable)*

Principescott3@gmail.com
~~Principescott3@gmail.com~~
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

896 NE 104th Ct
Street Address

Okeechobee, FL 34974
City, State, Zip Code

Telephone: 863-634-8256

Facsimile: _____

Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____[date]

on all counsel or parties of record on the Service List below.

Scott Principe
Signature of Filer

## SERVICE LIST

Mary Downam Principe
Party or Attorney Name

Principemary@gmail.com
Attorney E–mail Address *(if applicable)*

Mary Downam Principe
Firm Name *(if applicable)*

896 NE 164th Ct
Street Address

Okeechobee FL 34974
City, State, Zip Code

Telephone: 863-634-8257

Facsimile: _____

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*


David A Steen
Party or Attorney Name

Murfy196755@gmail.com
Attorney E–mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

2114 SE, 34th LN
Street Address

Okeechobee FL 34974
City, State, Zip Code

Telephone: 863-697-2243

Facsimile: _____

*[signature]*
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*