DR-403, R. 6/11
FAC Rule 12D-16.002

FLORIDA
DEPARTMENT
OF REVENUE

# TAX ROLL CERTIFICATION

I, **Mickey L. Bandi, CFA**, the Property Appraiser of **Okeechobee County** County, Florida, certify that all data reported on this form and accompanying forms DR-403V, DR-403CC, DR-403BM, DR-403PC, and DR-403EB, is a true recapitulation of the values of the assessment rolls of

**Okeechobee County** County, Florida,

and that every figure submitted is correct to the best of my knowledge. I certify that changes to the values of the assessment rolls, as initially reported on forms DR-489AC, DR-489AM, DR-489PC, and DR-489EB, are documented or can be verified with

   1) A validated change of value or change of exemption order from the value adjustment board (Form DR-485),
   2) A document which authorizes official corrections of the assessment rolls (Form DR-409),
   or
   3) Otherwise in writing.



_____    October 13, 2023
Signature of Property Appraiser        Date

## Value Adjustment Board Hearings

The value adjustment board hearings are completed and adjusted values have been included.  ☐ Yes  ☒ No

Exhibit "A"