NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS

**BILL #** R 2540300 2023   **PROPERTY #** R 1-15-37-36-0A00-00002-1100

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

# * CERTIFICATE SOLD *

| | |
|---|---|
| **Sale Date** | 06/01/2024 |
| **Certificate#** | 2008 |
| **Certificate Holder** | 9991157 |
| **Interest Rate** | 7.75 |
| **Original Amount** | $991.02 |
| **Interest Amount** | $49.55 |
| **Fees** | $6.25 |
| **UnPaid Balance** | $1,046.82 |

PRINCIPE SCOTT
PRINCIPE MARY
896 NE 104TH CT
OKEECHOBEE , FL 349748246

BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA,

**TAXABLE VALUE** $17,756.00

Exemptions:
HX-$25,000.00  HB-$0.00  DX-$5,000.00

**Property Address:**
896 NE 104TH CT OKEECHOBEE 34974

**Delinquent Tax History**

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference | Add To Cart |
|---|---|---|---|---|---|---|---|
| 2023 | R | 2540300-I | $991.02 | $55.80 | $1,046.82 | 2008 I | PAY |
| | | | Total Due | | $1,046.82 | | |

Exhibit "B"

**NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS**

**BILL #** R 2347300 2023   **PROPERTY #** R 1-35-37-35-0020-00000-1360

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

# * CERTIFICATE SOLD *

| | |
|---|---|
| Sale Date | 06/01/2024 |
| Certificate# | 1909 |
| Certificate Holder | 9991165 |
| Interest Rate | 9.00 |
| Original Amount | $1,026.76 |
| Interest Amount | $51.34 |
| Fees | $6.25 |
| **UnPaid Balance** | **$1,084.35** |

STEEN DAVID A
2114 SE 34TH LANE

OKEECHOBEE , FL 34974

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

**TAXABLE VALUE** $20,000.00

Exemptions:
HX-$25,000.00 HB-$485.00 VX-$5,000.00

**Property Address:**
2114 SE 34TH LANE OKEECHOBEE 34974

**Delinquent Tax History**

| Year | Roll | Bill # | Outstanding Tax | Accrued Penalties | Total Due | Reference | Add To Cart |
|---|---|---|---|---|---|---|---|
| 2023 | R | 2347300-I | $1,026.76 | $57.59 | $1,084.35 | 1909 I | PAY |
| | | | Total Due | | $1,084.35 | | |

Exhibit "B"