# EXHIHIT 1

# PROPERTY ASSESSMENT OF PLAINTIFFS' PROPERTY

*[Page contains a rotated Okeechobee County Property Value Summary record for PRINCIPE SCOTT & MARY / PRINCIPE MARY, 896 NE 104TH CT, OKEECHOBEE, FL 34974-8246, Parcel 1-15-37-36-0A00-00002-1100, valuation year 2011. Building characteristics: Mobile home, 1352 heated sqft, built 2004, effective year 2004. Extra features unit price 10.61, adj unit price 10.61, value 297. Land description: Use code 1 191SS0, C, SMALLER, 100, 56.00 UT, 10.61, 8,500.00, 8500. Total Land Value: 8,500. Sales: 10/29/2010 WD Q I 01 $35,000 OR# 0694/0100; 12/16/2005 QC U I 03 $0 OR# 0585/0540. Building permit RP# 12569901. Valuation: Total Market Value 38,971; Assessed Value 38,971; Total Exemption Value 25,000 EX HX; Base Taxable Value 13,971; Total Just Value 38,971; Previous Year Mkt Value 44,921. Review Date 01/05/2011 BY JT. Printed 06/10/2024 BY r.ponce.]*

*[Page rotated 90°. Property record card for Okeechobee County, Florida.]*

**OKEECHOBEE COUNTY PROPERTY** — 2024 — Parcel: 1-15-37-36-0A00-00002-1100

PRINCIPE SCOTT/PRINCIPE MARY
896 NE 104TH CT
OKEECHOBEE, FL 34974-8246

Property Address: 896 NE 104TH CT, OKEECHOBEE

BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST,

**VALUATION SUMMARY** — PAGE 1 of 1 — STANDARD — Tax Dist: 30

### BUILDING CHARACTERISTICS / CONSTRUCTION

| ELEMENT | CD | TYPE | MDL | EFF. AREA | TOT ADJ PTS | EFF. BASE RATE | REPL. COST NEW | AYB | EYB | ECON | FNCT | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exterior Wall | 25 | N/A | 100 | 0800 | 02 | 1,434 | 92.1500 | 102.56 | 147,071 | 2004 | 2004 | 0 | 0 | 24.00 | 76.00 |
| Roof Structur | N/A | 100 | | | | | | | | | | | |
| Roof Cover | N/A | 100 | | | | | | | | | | | |
| Interior Wall | N/A | 100 | | | | | | | | | | | |
| Interior Floo | N/A | 100 | | | | | | | | | | | |
| Air Condition | 03 | CENTRAL | 100 | | | | | | | | | | |
| Heating Type | 04 | AIR DUCTED | 100 | | | | | | | | | | |
| Bedrooms | 0 | 100 | | | | | | | | | | | |
| Bathrooms | 0 | 100 | | | | | | | | | | | |
| Units | 0 | 100 | | | | | | | | | | | |

1 ME AV — 100% — 2011    Heated Area: 1352    EX Base Yr 2011

Quality 03 D AVE
DOR CODE 0200 MOBILE HOME
NEIGHBORHOOD/LOC 122950.00  MKT AREA 122  1.06/

### AREA

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOTAL ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| BAS | 1,352 | 100 | 1,352 | 105,382 |
| DEK | 118 | 15 | 18 | 1,403 |
| DEK | 430 | 15 | 64 | 4,989 |
| TOTALS | 1,900 | | 1,434 | 111,774 |

### EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD CAP | L | W | UNITS | UT | Adj R | ADJUST PRICE | ORIG COND | XF DATE YEAR ON | BLD DATE YEAR ACTUAL | INC DATE O | % COND | TOT ADJ | OBXF MKT VALUE | LGL DATE ZS LAND DATE AG DATE | ADJ UNIT PRICE | UNIT VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WFA W4 | WD FLR MTL | 0100 | 20 | 12 | 240.00 | SF | 24.26 | 24.26 | 100 | 2019 | 2019 | 3 | 100 | 1.00 | 5,822 | 03/17/2020 | 20,000.00 | 5,822 | |

TOTAL OB/XF: 5,822

### BUILDING DIMENSIONS

BAS=[YR=2004;ORIG=69.1,-45.10] W52 S26 E52 N26 $
DEK=[YR=2004;ORIG=69.1,-45.10] N10 W43 S10 E43 $
DEK=[YR=2004;ORIG=55.1,-19.10] S7 W2 S5 W4 N5 W8 N7 E14 $

### SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q / U | V / I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 0694/0100 | 10/29/2010 | WD | Q | I | 01 | 35,000 |
| 0585/0540 | 12/16/2005 | QC | U | I | 03 | 0 |

GRANTOR: RIOS ALFREDO   GRANTEE: PRINCIPE SCOTT & MA
GRANTOR: RIOS RITA   GRANTEE: RIOS ALFREDO

### BUILDING NOTES

### PERMIT NUM  DESCRIPTION  AMT  ISSUED

### MARKET ADJUSTMENTS

| | |
|---|---|
| VALUATION BY | |
| BUILDING MARKET VALUE | 111,774 |
| TOTAL MARKET OB/XF VALUE | 5,822 |
| TOTAL LAND VALUE - MARKET | 20,000 |
| TOTAL MARKET VALUE | 137,596 |
| SOH/AGL Deduction | 88,407 |
| ASSESSED VALUE | 49,189 |
| TOTAL EXEMPTION VALUE EX HB DX | 30,000 |
| TOTAL TAXABLE VALUE | 19,189 |
| BASE JUST VALUE | 137,596 |
| INCOME VALUE | 0 |
| PREVIOUS YEAR MKT VALUE | 140,259 |

Tax Group: 30

### LAND DESCRIPTION

| L N | USE CODE | CLS | LAND USE DESCRIPTION | CAP | R D | LOC ZONE | FRONT | DEPTH | TOT LND UTS | UNIT TYPE T | DPTH FACT | % COND | TOT ADJ | ADJ UNIT PRICE | LAND VALUE | OTHER ADJUSTMENTS AND NOTES | YEAR | DENSITY | DECL | FRZ | YR CONSRV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 191SS0 | C | SMALLER | 100 | | | 0.00 | 0.00 | 1.00 | LT | 1.00 | 1.00 | 1.00 | 20,000.00 | 20,000 | | | | | | |

REVIEW DATE 03/17/2020 BY zs
Total Acres: 0.50   Total Land Value: 20,000   Market: 0   Agricultural: 0   Common: 20,000

PRINTED 06/10/2024 BY r.ponce