# EXHIBIT 1A

## PROPERTY ASSESSMENT OF PLAINTIFFS' PROPERTY

**1-35-37-35-0020-00000-1360**

**OKEECHOBEE COUNTY PROPERTY** PAGE 1 of 1
**2020**

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
4439 SEAIRE ST
RAPID CITY, SD 57702-1972

### VALUATION SUMMARY

| VALUATION BY | Tax Dist: | | |
|---|---|---|---|
| Tax Group: 30 | | | STANDARD |
| BUILDING MARKET VALUE | | | 12,356 |
| TOTAL MARKET OB/XF VALUE | | | 4,313 |
| TOTAL LAND VALUE - MARKET | | | 27,000 |
| TOTAL MARKET VALUE | | | 43,669 |
| SOH/AGL Deduction | | | 5,678 |
| ASSESSED VALUE | | | 37,991 |
| TOTAL EXEMPTION VALUE | | | 0 |
| BASE TAXABLE VALUE | | | 37,991 |
| TOTAL JUST VALUE | | | 43,669 |
| NCON VALUE | | | 0 |
| INCOME VALUE | | | |
| PREVIOUS YEAR MKT VALUE | | | 42,631 |

### BUILDING CHARACTERISTICS

| ELEMENT | CD | CONSTRUCTION | TYPE | MDL | EFF.AREA | TOT ADJPTS | EFF. BASE RATE | REPL. COST NEW | AYB | EYB | ECON | FNCT | PD | NORM | PD | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 | 0803 | 02 | 1,226 | 94.0500 | 50.39 | 61,778 | 1970 | 1970 | 0 | 0 | 20 46.00 | | 20.00 |
| Roof Structur | 01 | FLAT/SHED 100 | 1 MH LC - 0% - 0 | | | | | Heated Area: 912 | | | | | | HX Base Yr | | |
| Roof Cover | 02 | ROLL COMP 100 | | | | | | | | | | | | | | |
| Interior Wall | 01 | UNFINISHED 100 | | | | | | | | | | | | | | |
| Interior Floo | 01 | FLWDELINO 100 | | | | | | | | | | | | | | |
| Air Condition | 03 | CENTRAL 100 | | | | | | | | | | | | | | |
| Heating Type | 04 | AIR DUCTED 100 | | | | | | | | | | | | | | |
| Bedrooms | | 0 100 | | | | | | | | | | | | | | |
| Bathrooms | | 0 100 | | | | | | | | | | | | | | |
| Units | | 1 100 | | | | | | | | | | | | | | |

Quality 01 E,F L/C
DOR CODE 0200 MOBILE HOME
MAP NUM
NEIGHBORHOOD/LOC 153710.00 1.14/     MKT AREA  153

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 2,419 |
| BAS | 672 | 100 | 672 | 6,772 |
| FCP | 336 | 30 | 101 | 1,018 |
| FOP | 116 | 30 | 35 | 353 |
| USP | 270 | 45 | 122 | 1,230 |
| UST | 140 | 40 | 56 | 564 |

TOTALS 1,774  1,226  12,356

### MARKET ADJUSTMENTS

(Sketch: USP 2010, BAS 1993, ALF 1992, FCP 2010, FOP 2007, UST 1992)

Certified to be true and accurate record of the Okeechobee County Property Appraiser.
Date: 4-22-24

### SALES DATA

| PERMIT NUM | DESCRIPTION | AMT | ISSUED |
|---|---|---|---|

| OFF RECORD Number | DATE | TYPE INST | Q U | V I | RSN CD | I | SALE PRICE |
|---|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | | 50,000 |
| GRANTOR: HANSON ARTHUR | | | | | | | |
| GRANTEE: STEEN DAVID A | | | | | | | |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | | 0 |
| GRANTOR: | | | | | | | |
| GRANTEE: HANSON A R, HANSON | | | | | | | |

### BUILDING NOTES

### BUILDING DIMENSIONS

BAS=[YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W14 N14 E10 S14 $

### EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD CAP | B | L | W | UNITS | R D | LOC ZONE | FRONT | DEPTH | ADJ R | ADJ UNIT PRICE | UT | % COND | TOT ADJ | AG DATE OB/XF MKT VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DOCK 3 | BA COVERED | 0 | 0 | 12 | 10 | 120.00 | | | | | | 15.64 | UT | 50 | 1.00 | 938 | 939 |
| 7 | SEA 3A | MTL/VL/CMP | 0 | 0 | 0 | 0 | 75.00 | | | | | | 90.00 | UT | 50 | 1.00 | 3,375 | 3375 |

BLD DATE 10/07/2010
XF DATE
INC DATE
LGL DATE
JT LAND DATE

### LAND DESCRIPTION

| L N | USE CODE | CLS | LAND USE DESCRIPTION | R D | LOC ZONE | FRONT | DEPTH | UNITS | UNIT TYPE | D T | DPTH FACT | % COND | TOT ADJ | TOT LND UTS | ADJ UNIT PRICE | LAND VALUE | OTHER ADJUSTMENTS AND NOTES | YEAR | DENSITY | DECL | FRZ | YR CONSRV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1735C4 | C | N CANAL LT | 0 | | 75.00 | 110.00 | 1.00 | LT | | 1.00 | | 1.00 | | 27,000.00 | 27,000 | | | | | | |

REVIEW DATE 08/21/2020 BY JT    Total Acres: 0.19    Total Land Value: 27,000    Agricultural: 0    Market: 0    Common: 27,000    PRINTED 04/22/2024 BY p.wilson

# OKEECHOBEE COUNTY PROPERTY
## 1-35-37-35-0020-00000-1360

**2023**

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL 34974

### VALUATION SUMMARY

| | STANDARD |
|---|---|
| VALUATION BY | 30 |
| Tax Group: 30 | Tax Dist: |
| BUILDING MARKET VALUE | 22,461 |
| TOTAL MARKET OB/XF VALUE | 5,337 |
| TOTAL LAND VALUE - MARKET | 42,000 |
| TOTAL MARKET VALUE | 69,798 |
| SOH/AGL Deduction | 19,313 |
| ASSESSED VALUE | 50,485 |
| TOTAL EXEMPTION VALUE | 30,485 |
| BASE TAXABLE VALUE | 20,000 |
| TOTAL JUST VALUE | 69,798 |
| NCON VALUE | 0 |
| INCOME VALUE | |
| PREVIOUS YEAR MKT VALUE | 65,384 |

HX Base Yr 2021  HX HB VX

### BUILDING CHARACTERISTICS

| ELEMENT | CD | CONSTRUCTION |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structur | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floo | 01 | PLND&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | 0 | 100 |
| Bathrooms | 0 | 100 |
| Units | 1 | 100 |

### MARKET ADJUSTMENTS

| TYPE | MDL | EFF.AREA | TOT ADJ PTS | EFF.BASE RATE | REPL.COST NEW | AYB | EYB | ECON | FNCT | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1,240 | 96.8715 | 90.57 | 112,307 | 1970 | 1970 | 0 | 0 | 20 | 49.00 | 20.00 |

1 MH LC - 100% - 2021    Heated Area: 912

Quality 01 E,F L/C
DOR CODE 0200 MOBILE HOME
MAP NUM
NEIGHBORHOODLOC 153710.00  1.10/   MKT AREA 153

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 4,347 |
| BAS | 672 | 100 | 672 | 12,173 |
| FCP | 336 | 30 | 101 | 1,830 |
| FOP | 116 | 30 | 35 | 634 |
| USP | 270 | 45 | 122 | 2,210 |
| UST | 140 | 50 | 70 | 1,268 |

TOTALS 1,774  1,240  22,461

### EXTRA FEATURES

| L/N | OB/XF CODE | DESCRIPTION | BLD CAP | L | W | CAP |
|---|---|---|---|---|---|---|
| 1 | DOCK | 1 2" PLANK | 0 100 | 12 | 10 | |
| 2 | SEA 3A | MTL/VL/CMP | 0 100 | 0 | 0 | |
| 3 | DOCK | DOCK | 0 100 | 3 | 10 | 100 |

### BUILDING DIMENSIONS

BAS: [YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP: [YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF: [YR=1992;ORIG=57.4,-24.6] N24 S10 E24 N10 $
FOP: [YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP: [YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST: [YR=1992;ORIG=16.4,-42.6] W10 N14 E10 S14 $

### SALES DATA

| OFF RECORD Number | DATE | TYPE INST | Q/U | V/I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | 50,000 |
| 0365/1069 | 4/01/1995 | WD | U | I | 03 | 0 |

GRANTEE: STEEN DAVID A
GRANTOR: HANSON A R, HANSON
GRANTOR: HANSON ARTHUR

### LAND DESCRIPTION

| USE CODE | CLS | LAND USE DESCRIPTION | R D | LOC ZONE | UNITS | UNIT TYPE | FRONT | DEPTH | ADJ R | TOT LND UTS | ADJ UNIT PRICE | % COND | DPTH FACT | YEAR ACTUAL | TOT ADJ | UNIT PRICE | LAND VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 173C4 | C | W CANAL LT | | | 75.00 | LT | 75.00 | 110.00 | SF 17.50 | 1.00 | LT | 1.00 | | | 1.00 | 42,000.00 | 42,000 |

### TOTAL OB/XF

| UNITS | UNIT TYPE | ADJ UNIT PRICE | TOT ADJ | % COND | YEAR ON | YEAR ACTUAL | LGL DATE LAND DATE AG DATE | BLD DATE XF DATE INC DATE | OB/XF MKT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 120.00 | SF | 17.50 | 50 | 3 | 1992 | 1992 | 10/07/2010 | | 1,050 |
| 75.00 | LF | 104.00 | 50 | 3 | 1992 | 1992 | | | 3,900 |
| 30.00 | SF | 17.20 | 75 | | 2021 | 2019 | | | 387 |

Total OB/XF: 5,337

Certified to be a true and accurate
record of the Okeechobee County
Property Appraiser.
Date: 4/22/24  [signature]

2114 SE 34TH LANE, OKEECHOBEE

Total Acres: 0.19   Total Land Value: 42,000   Agricultural: 0   Market: 0   Common: 42,000

REVIEW DATE 07/22/2021  BY MC     PRINTED 04/22/2024 BY p.wilson