# EXHIBIT 2

# TAX CERTIFICATE SOLD ON PLAINTIFFS' PROPERTY

**NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS**

**BILL #** R 2540300 2023   **PROPERTY #** R 1-15-37-36-0A00-00002-1100

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

## * CERTIFICATE SOLD *

| | |
|---|---|
| Sale Date | 06/01/2024 |
| Certificate# | 2008 |
| Certificate Holder | 9991157 |
| Interest Rate | 7.75 |
| Original Amount | $991.02 |
| Interest Amount | $49.55 |
| Fees | $6.25 |
| UnPaid Balance | $1,046.82 |

PRINCIPE SCOTT
PRINCIPE MARY
896 NE 104TH CT
OKEECHOBEE , FL 349748246

BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST, OKEECHOBEE COUNTY, FLORIDA,

**TAXABLE VALUE** $17,756.00

Exemptions:
HX-$25,000.00 HB-$0.00 DX-$5,000.00

**Property Address:**
896 NE 104TH CT OKEECHOBEE 34974

**Delinquent Tax History**

| Year | | Bill # | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2023 | R | 2540300-I | $991.02 | $55.80 | $1,046.82 | 2008 I | ⊕ P A Y |

**EXHIBIT B**