# EXHIBIT 2A

# TAX CERTIFICATE SOLD ON PLAINTIFFS' PROPERTY

**NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS**

BILL # R 2347300 2023   PROPERTY # R 1-35-37-35-0020-00000-1360

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

## * CERTIFICATE SOLD *

| | | |
|---|---|---|
| Sale Date | 06/01/2024 | STEEN DAVID A |
| Certificate# | 1909 | 2114 SE 34TH LANE |
| Certificate Holder | 9991165 | |
| Interest Rate | 9.00 | OKEECHOBEE, FL 34974 |
| Original Amount | $1,026.76 | |
| Interest Amount | $51.34 | TAYLOR CREEK ISLES SECTION ONE |
| Fees | $6.25 | (PLAT BOOK 3 PAGES 59 & 59A) |
| UnPaid Balance | $1,084.35 | LOT 136 |

**TAXABLE VALUE** $20,000.00

Exemptions:
HX-$25,000.00 HB-$485.00 VX-$5,000.00

Property Address:
2114 SE 34TH LANE OKEECHOBEE 34974

**Delinquent Tax History**

| Year | | Bill # | Original | | Interest | Total | Cert | |
|---|---|---|---|---|---|---|---|---|
| 2023 | R | 2347300-I | $1,026.76 | | $57.59 | $1,084.35 | 1909 I | ⊕ P A Y |