UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO: **2:24-cv-14292-AMC**

**SCOTT A. PRINCIPE**, **MARY DOWNMAN PRINCIPE**, and **DAVID A. STEEN**,

      Plaintiffs,

vs.

**OKEECHOBEE COUNTY MUNICIPALITY**, **MICKEY L. BANDI**, Okeechobee County Property Appraiser, and **CELESTE WATFORD**, Okeechobee County Tax Collector,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF NON-OBJECTION TO REPORT AND RECOMMENDATION

Defendants, Okeechobee County Municipality, Mickey L. Bandi, in his individual official capacity as the Okeechobee County Property Appraiser, and Celeste Watford, in her individual official capacity as the Okeechobee County Tax Collector, by and through their undersigned counsel, respectfully submit this Notice of Non-Objection to the Report and Recommendation on Defendants' Combined Motion to Dismiss dated April 3, 2025 in the above-styled cause.

Submitted the **8th** day of April 2025.

| | |
|---|---|
| */s/ Geraldo F. Olivo, III* <br> Geraldo F. Olivo, III <br> Fla. Bar No. 0060905 <br> Henderson, Franklin, Starnes & Holt, P.A. <br> Post Office Box 280 <br> Fort Myers, Florida 33902-0280 <br> Telephone: 239/344-1168 <br> E-mail: *jerry.olivo@henlaw.com* <br>         *sarah.howie@henlaw.com* <br><br> Counsel for defendant Okeechobee County Municipality | */s/ Loren E. Levy* <br> Loren E. Levy <br> Fla. Bar No. 0814441 <br> Sydney E. Rodkey <br> Fla. Bar No. 1018436 <br> The Levy Law Firm <br> 1828 Riggins Road <br> Tallahassee, Florida 32308 <br> Telephone: 850/219-0220 <br> E-mail: *eservice@levylawtax.com* <br>         *srodkey@levylawtax.com* <br>         *gsmith@levylawtax.com* <br><br> Counsel for defendants, Mickey L. Bandi, Okeechobee County Property Appraiser, and Celeste Watford, Okeechobee County Tax Collector |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 8, 2025, the foregoing was filed with the Clerk of Court using the CM/ECF System, and that a copy will be served upon the following via transmission of Notices of Electronic Filing generated by the CM/ECF System:

**Scott A. Principe** , *pro se*
896 NE 104th Court
Okeechobee, Florida 34974
E-mail: *principescott3@gmail.com*

**Mary Downman Principe** , *pro se*
896 NE 104th Court
Okeechobee, Florida 34974
E-mail: *principemary@gmail.com*

**David A. Steen** , *pro se*
2114 SE 34th Lane
Okeechobee, Florida 34974
E-mail: *murfy196755@gmail.com*

                                                                                        */s/ Loren E. Levy*
                                                                                        Loren E. Levy