# EXHIBIT 2

## PROPERTY ASSESSMENT OF PLAINTIFFS PRINCIPE PROPERTY

Case 2:24-cv-14292-AMC   Document 41-3   Entered on FLSD Docket 04/16/2025   Page 2 of 3
Case 2:24-cv-14292-AMC   Document 36-1   Entered on FLSD Docket 11/26/2024   Page 2 of 3
Case 2:24-cv-14292-AMC   Document 1-2   Entered on FLSD Docket 09/06/2024   Page 3 of 16

[Property appraisal record card for PRINCIPE SCOTT & MARY/PRINCIPE MARY, 896 NE 104TH CT, OKEECHOBEE, FL 34974-8246; Parcel 1-15-37-36-0A00-00002-1100; Tax Year 2011; illegible due to poor scan quality and rotated orientation.]

Case 2:24-cv-14292-AMC   Document 41-3   Entered on FLSD Docket 04/16/2025   Page 3 of 3
Case 2:24-cv-14292-AMC   Document 36-1   Entered on FLSD Docket 11/26/2024   Page 3 of 3
Case 2:24-cv-14292-AMC   Document 1-2   Entered on FLSD Docket 09/06/2024   Page 16 of 16

[Property appraisal record card, rotated 90°, for parcel 1-15-37-36-0A00-000002-1100, Okeechobee County Property Appraiser, Valuation Summary, 2024. Owner: PRINCIPE SCOTT/PRINCIPE MARY, 896 NE 104TH CT, OKEECHOBEE, FL 34974-8246. Property located at 896 NE 104TH CT, OKEECHOBEE. Legal: BEING A PARCEL OF LAND LYING IN SECTION 15, TOWNSHIP 37 SOUTH, RANGE 36 EAST. Building characteristics: Exterior Walls N/A 100, Roof Structure N/A 100, Roof Cover N/A 100, Interior Walls N/A 100, Interior Floor N/A 100, Air Conditioning CENTRAL 100, Heating Type AIR DUCTED 100, Bedrooms 0, Bathrooms 0, Units 0. Total gross area 1,352 / 118 / 430; subarea market value 105,382 / 1,403 / 4,989. Heated Area: 1352. Extra Features totals 1,900 / 1,434 / 111,776. Sales data: 0694/0100 10/29/2010 WD; 0585/0540 12/16/2005 QC; grantors/grantees PRINCIPE SCOTT & MARY, RIOS RITA, RIOS ALFREDO. Building notes reference 2004 records. Total Just Value 140,259. Land Description: 119150 C SFR Use 100, 240.00 SF units, adj unit price 24.26, land value 20,000. Total Acres 0.50, Total Land Value 20,000. Review Date 03/17/2020 BY ZS. Printed 06/10/2024 BY r.ponce.]