# EXHIBIT 2A

# PROPERTY ASSESSMENT OF PLAINTIFF STEEN'S PROPERTY

1-35-37-35-0020-00000-1360

**2020**

OKEECHOBEE COUNTY PROPERTY TYPE PAGE 1 of 1

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
4439 SEEAIRE ST
RAPID CITY, SD 57702-1972

## BUILDING CHARACTERISTICS

| ELEMENT | CD | CONSTRUCTION |
|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 |
| Roof Structure | 01 | FLAT/SHED 100 |
| Roof Cover | 02 | ROLL COMP 100 |
| Interior Wall | 01 | UNFINISHED 100 |
| Interior Floo | 01 | PLWD&LINO 100 |
| Air Condition | 03 | CENTRAL 100 |
| Heating Type | 04 | AIR DUCTED 100 |
| Bedrooms | | 0 100 |
| Bathrooms | | 0 100 |
| Units | | 1 100 |

| Quality | 01 | E,F L/C |
| DOR CODE | 0200 | MOBILE HOME |
| MAP NUM | | 153 |
| NEIGHBORHOOD/LOC | 153710.00 | 1.14/ |

| AREA TYPE | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|
| ALF | 100 | 240 | 2,419 |
| BAS | 100 | 672 | 6,772 |
| FCP | 30 | 101 | 1,018 |
| FOP | 30 | 35 | 353 |
| USP | 45 | 122 | 1,230 |
| UST | 40 | 56 | 564 |

| TOTALS | 1,774 | 1,226 | 12,356 |

| | TOTAL GROSS AREA |
|---|---|
| ALF | 240 |
| BAS | 672 |
| FCP | 336 |
| FOP | 116 |
| USP | 270 |
| UST | 140 |

## MARKET ADJUSTMENTS

| TYPE | MDL | EFF. AREA | TOT ADJ PTS | EFF. BASE RATE | REPL COST NEW | AYB | EYB | FNCT | ECON | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1.226 | 94.0500 | 50.39 | 61,778 | 1970 | 1970 | 0 | 0 | 20 | 46.00 | 20.00 |

1 MH LC - 0% - 0    HX Base Yr

Heated Area: 912

## VALUATION SUMMARY

| VALUATION BY | | | |
|---|---|---|---|
| Tax Group: 30 | | Tax Dist: | |
| BUILDING MARKET VALUE | | | 12,356 |
| TOTAL MARKET OB/XF VALUE | | | 4,313 |
| TOTAL LAND VALUE - MARKET | | | 27,000 |
| TOTAL MARKET VALUE | | | 43,668 |
| SOH/AGL Deduction | | | 5,678 |
| ASSESSED VALUE | | | 37,990 |
| TOTAL EXEMPTION VALUE | | | |
| BASE TAXABLE VALUE | | | 37,990 |
| TOTAL JUST VALUE | | | 43,668 |
| NCON VALUE | | | 0 |
| INCOME VALUE | | | 0 |
| PREVIOUS YEAR MKT VALUE | | | 42,631 |

| PERMIT NUM | DESCRIPTION | AMT | ISSUED |
|---|---|---|---|

## SALES DATA

| OFF RECORD Number | DATE | | TYPE INST | Q U | V I | I I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | | WD | Q | Q | I | 01 | 50,000 |
| GRANTOR: HANSON ARTHUR | | | | | | | | |
| GRANTEE: STEEN DAVID A | | | | | | | | |
| 0365/1069 | 4/01/1995 | | WD | U | U | I | 03 | |
| GRANTOR: | | | | | | | | |
| GRANTEE: HANSON A R, HANSON | | | | | | | | |

## BUILDING NOTES

BAS=[YR=1993:ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010:ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992:ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007:ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010:ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992:ORIG=16.4,-42.6] W10 N14 E10 S14 $

## BUILDING DIMENSIONS



## EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD | CAP | L | W | UNITS | UT | Adj R | ADJ UNIT PRICE | YEAR ACTUAL | YEAR ON | Q | % COND | TOT ADJ | OB/XF MKT VALUE | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DOCK 3 | BA COVERED | 0 | 0 | 12 | 10 | 120.00 | UT | 15.64 | 15.64 | 1992 | 1992 | 3 | 50 | 1.00 | 938 | |
| 7 | SEA 3A | MTL/VL/CMP | 0 | 0 | 0 | 0 | 75.00 | UT | 90.00 | 90.00 | 1992 | 1992 | 3 | 50 | | 3,375 | |

| BLD DATE | | 10/07/2010 | |
| XF DATE | LGL DATE | | |
| INC DATE | LAND DATE | | |
| | AG DATE | | |

## TOTAL OB/XF

| | | | | | | | | | | | | 4,313 |

## LAND DESCRIPTION

| L N | USE CODE | CLS | LAND USE DESCRIPTION | CAP | FRONT | DEPTH | TOT LND UTS | UNIT TYPE | D T | UNIT PRICE | DPTH FACT | % COND | ADJ UNIT PRICE | LAND VALUE | OTHER ADJUSTMENTS AND NOTES | YEAR | DENSITY | DECL | FRZ | YR | CONSRV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1173TC4 | C | W CANAL LT | 0 | 75.00 | 110.00 | 1.00 | LT | | 27,000.00 | 1.00 | 1.00 | 27,000.00 | 27,000 | | | | | | | |

, OKEECHOBEE

Total Acres: 0.19    Total Land Value: 27,000    Market: 0    Agricultural: 0    Common: 27,000

REVIEW DATE 08/21/2020    BY JT    PRINTED 11/14/2024 BY e.garcia

**2024**

**1-35-37-35-0020-00000-1360**

30

**OKEECHOBEE COUNTY PROPERTY** PAGE 1 of 1
VALUATION SUMMARY

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

STEEN DAVID A
2114 SE 34TH LANE
OKEECHOBEE, FL 34974

## BUILDING CHARACTERISTICS

| ELEMENT | CD | CONSTRUCTION | STANDARD |
|---|---|---|---|
| Exterior Wall | 42 | ALUM SIDE 100 | 24.09 |
| Roof Structur | 01 | FLAT/SHED 100 | 5.33 |
| Roof Cover | 02 | ROLL COMP 100 | 45.00 |
| Interior Wall | 01 | UNFINISHED 100 | 74.43 |
| Interior Floo | 01 | PLYWD&LINO 100 | 22.43 |
| Air Condition | 03 | CENTRAL 100 | 52.00 |
| Heating Type | 04 | AIR DUCTED 100 | 32.00 |
| Bedrooms | 0 | 100 | 20.00 |
| Bathrooms | 0 | 100 | 74.43 |
| Units | 1 | 100 | |
| | | | 69.79 |

## VALUATION SUMMARY

| | |
|---|---|
| VALUATION BY | |
| Tax Group: 30 | Tax Dist: |
| BUILDING MARKET VALUE | |
| TOTAL MARKET OB/XF VALUE | |
| TOTAL LAND VALUE - MARKET | |
| TOTAL MARKET VALUE | |
| SOH/AGL Deduction | |
| ASSESSED VALUE | |
| TOTAL EXEMPTION VALUE | EX EB VX |
| BASE TAXABLE VALUE | |
| TOTAL JUST VALUE | |
| NCON VALUE | |
| INCOME VALUE | |
| PREVIOUS YEAR MKT VALUE | |

| PERMIT NUM | DESCRIPTION | AMT | ISSUED |
|---|---|---|---|
| | | | |

## SALES DATA

| OFF RECORD Number | DATE | TYPE | Q/U INST | V/I | RSN CD | SALE PRICE |
|---|---|---|---|---|---|---|
| 2020001651 | 2/14/2020 | WD | Q | I | 01 | 50,000 |
| GRANTOR: HANSON ARTHUR | | | | | | |
| GRANTEE: STEEN DAVID A | | | | | | |
| 0365/1069 | 4/01/1995 | WD | Q | I | 03 | |
| GRANTOR: | | | | | | |
| GRANTEE: HANSON A R, HANSON | | | | | | |

## BUILDING NOTES

## MARKET ADJUSTMENTS

| TYPE | MDL | EFF.AREA | TOT ADJ PTS | EFF.BASE RATE | REPL COST NEW | AYB | EYB | ECON | FNCT | PD | NORM | % COND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0803 | 02 | 1,240 | 96.8715 | 97.16 | 120,478 | 1970 | 1970 | 0 | 0 | 20 | 49.00 | 20.00 |

1 MH LC - 100% - 2021

EX Base Yr 2021

Heated Area: 912

## BUILDING DIAGRAM

UST 1992 / FOP 2007 / USP 2010 / BAS 1993 / ALF 1992 / FCP 2010

## BUILDING DIMENSIONS

BAS=[YR=1993;ORIG=15.4,-36.6] S12 E56 N12 W56 $
FCP=[YR=2010;ORIG=71.4,-24.6] W14 S24 E14 N24 $
ALF=[YR=1992;ORIG=57.4,-24.6] W24 S10 E24 N10 $
FOP=[YR=2007;ORIG=15.4,-36.6] E12 N10 W11 S4 W1 S6 $
USP=[YR=2010;ORIG=27.4,-36.6] E27 N10 W27 S10 $
UST=[YR=1992;ORIG=16.4,-42.6] W10 E10 S14 $

## (Subarea)

| AREA TYPE | TOTAL GROSS AREA | PCT OF BASE | TOT ADJ AREA | SUBAREA MARKET VALUE |
|---|---|---|---|---|
| ALF | 240 | 100 | 240 | 4,664 |
| BAS | 672 | 100 | 672 | 13,058 |
| FCP | 336 | 30 | 101 | 1,963 |
| FOP | 116 | 30 | 35 | 680 |
| USP | 270 | 45 | 122 | 2,371 |
| UST | 140 | 50 | 70 | 1,360 |
| TOTALS | 1,774 | | 1,240 | 24,096 |

| Quality | 01 E, F L/C |
|---|---|
| DOR CODE | 0200 MOBILE HOME |
| MAP NUM | 153 |
| NEIGHBORHOOD/LOC | 153710.00  1.18/ |
| | MKT AREA |

## EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD | CAP | L | W | UNITS | UT | AdjR | YEAR ACTUAL | YEAR ON | Q | % COND | OB/XF MKT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DOCK 1 | 2" PLANK | 0 | 100 | 12 | 10 | 120.00 | SF | 17.50 | 1992 | 1992 | 3 | 50 | 1,050 |
| 2 | SEA 3A | MTL/VL/CMP | 0 | 100 | 0 | 0 | 75.00 | LF | 104.00 | 1992 | 1992 | 3 | 50 | 3,900 |
| 3 | DOCK | DOCK | 0 | 100 | 3 | 10 | 30.00 | SF | 17.20 | 2019 | 2021 | | 75 | 387 |

## TOTAL OB/XF

| | BLD DATE | XF DATE | INC DATE |
|---|---|---|---|
| | | 10/07/2010 | |

| | LGL DATE | LAND DATE | AG DATE |
|---|---|---|---|
| JT | | | |

| ORIG COND | YEAR ON | D T | UNIT TYPE | DPTH FACT | % COND | TOT ADJ | UNIT PRICE | ADJ UNIT PRICE | AG/XF MKT VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 50 | | LT | 1.00 | 1.00 | 1.00 | 45,000.00 | 45,000.00 | 5,337 |

## LAND DESCRIPTION

2114 SE 34TH LANE, OKEECHOBEE

| L N | USE CODE | CLS | LAND USE DESCRIPTION | CAP | FRONT | DEPTH | R D | LOC ZONE | UNITS | UT | DEPTH | %COND | ADJ R | TOT LND UTS | TOT ADJ | UNIT PRICE | ADJ UNIT PRICE | LAND VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 173TC4 | C | W CANAL LT | 100 | 75.00 | 110.00 | | | 75.00 | LF | 110.00 | | 104.00 | 1.00 | 1.00 | 104.00 | 45,000.00 | 45,000 |

Total Acres: 0.19     Total Land Value: 45,000

Common: 45,000

Agricultural: 0     Market: 0

REVIEW DATE 07/22/2021   BY MC