# EXHIBIT 3A

## TAX CERTIFICATE SOLD ON PLAINTIFF STEEN'S PROPERTY

Case 2:24-cv-14292-AMC   Document 41-6   Entered on FLSD Docket 04/16/2025   Page 2 of 2
Case 2:24-cv-14292-AMC   Document 36-4   Entered on FLSD Docket 11/26/2024   Page 2 of 2
Case 2:24-cv-14292-AMC   Document 35   Entered on FLSD Docket 11/13/2024   Page 27 of 27

**NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS**

BILL # R 2347300 2023   PROPERTY # R 1-35-37-35-0020-00000-1360

Real Estate TAX/NOTICE RECEIPT FOR OKEECHOBEE COUNTY

## * CERTIFICATE SOLD *

| | |
|---|---|
| Sale Date | 06/01/2024 |
| Certificate# | 1909 |
| Certificate Holder | 9991165 |
| Interest Rate | 9.00 |
| Original Amount | $1,026.76 |
| Interest Amount | $51.34 |
| Fees | $6.25 |
| UnPaid Balance | $1,084.35 |

STEEN DAVID A
2114 SE 34TH LANE

OKEECHOBEE , FL 34974

TAYLOR CREEK ISLES SECTION ONE
(PLAT BOOK 3 PAGES 59 & 59A)
LOT 136

**TAXABLE VALUE** $20,000.00

Exemptions:
HX-$25,000.00 HB-$495.00 VX-$5,000.00

Property Address:
2114 SE 34TH LANE OKEECHOBEE 34974

**Delinquent Tax History**

| Year | | Bill # | Original | | Interest | Total | Cert # | |
|---|---|---|---|---|---|---|---|---|
| 2023 | R | 2347300-I | $1,026.76 | | $57.59 | $1,084.35 | 1909 I | ⊕ P A Y |